IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| B.N.S., A MINOR CHILD BY HER PARENTS AND NEXT FRIENDS CHRISTINE AND BRIAN STEWART., | * <br> * <br> * |
| PLAINTIFF, | * |
| v. | Case No. 17-cv-02670-ELH |
| VICTOR BRITO, CHIEF OF POLICE, HAGERSTOWN POLICE DEPARTMENT, ET AL., | * <br> * <br> * |
| DEFENDANTS. | |

\* \* \* \* \* \* \*

**DEFENDANTS' MOTION TO DISMISS
OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT**

Victor Brito, in his official capacity as Police Chief of the Hagerstown Police, the Hagerstown City Police Department, P.O Eichelberger, Sgt. Constable, Officer Rowe, Bob Bruchey, in his official capacity as Mayor of the City of Hagerstown, the City of Hagerstown, and in their official capacities as City Council Members of the City of Hagerstown, Kristin B. Aleshire, Paul Corderman, Emily Keller, Lewis Metzner, and Donald Munson, Defendants, by their undersigned counsel, pursuant to Federal Rules of Civil Procedure 12(b) and 56, move to dismiss the Complaint against them, with prejudice, or alternatively, for summary judgment, and, for reasons, state that the Complaint fails to state any viable claim for relief upon which can be granted, there is no genuine dispute as to any material fact, and Defendants are entitled to judgment as a matter of law.

The grounds and authorities in support of this Motion are set forth fully in the accompanying Memorandum, which is hereby incorporated fully and adopted by reference.

1

           _____/s/_____
           John F. Breads, Jr.
           Federal Bar No. 01343
           jbreads@lgit.org


           _____/s/_____
           Matthew D. Peter
           Federal Bar No. 26351
           mpeter@lgit.org
           7225 Parkway Drive
           Hanover, Maryland 21076
           Office - 443-561-1700
           Facsimile - 443-561-1701

           (Counsel for Defendants)


## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of December 2017 a copy of the foregoing Motion to Dismiss or, Alternatively, for Summary Judgment, was filed electronically and served electronically upon counsel of record.


           _____/s/_____
           Matthew D. Peter