IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

B.N.S., A MINOR CHILD BY HER PARENTS  
AND NEXT FRIENDS CHRISTINE AND  
BRIAN STEWART,

    PLAINTIFF,

v.                         Case No. 17-cv-2670 ELH

VICTOR BRITO, CHIEF OF POLICE,  
HAGERSTOWN POLICE DEPARTMENT,  
ET AL.,

    DEFENDANTS.

**TABLE OF CONTENTS TO DEFENDANTS'**  
**MOTION TO DISMISS OR, ALTERNATIVELY,**  
**FOR SUMMARY JUDGMENT**

I. Introduction ................................................................................................................ 1

II. Motions to Dismiss and for Summary Judgment ..................................................... 3

III. Material Facts Not Genuinely In Dispute ................................................................ 4

IV. Argument ................................................................................................................. 10

    A. Motion to Dismiss-State Law ........................................................................ 10

        1. The Absence of Legal Identity ............................................................ 10

        2. Governmental Immunity ..................................................................... 10

        3. In *Pari Materia* ................................................................................... 11

        4. The Insufficiency of the Intentional Infliction Claim ........................ 11

    B. Motion to Dismiss-Federal Law .................................................................... 13

        1. John Doe Defendants and Lack of Personal Jurisdiction ................... 13

        2. The Official Capacity Claims ............................................................. 14

|   |   | 3. | The *Monell* Claim ...................................................................................14 |
|---|---|---|---|
|   | C. | Motion to Dismiss-State and Federal Law.............................................................16 |
|   |   | 1. | Punitive Damages ...................................................................................16 |
|   | D. | Summary Judgment ................................................................................................16 |
|   |   | 1. | The Absence of Fourth Amendment Violation......................................16 |
|   |   |   | a. | The Reasonableness of the Detention ........................................17 |
|   |   |   |   | 1. | The Vehicle Laws ..........................................................17 |
|   |   |   |   | 2. | The Authority of the Police to Arrest ...........................18 |
|   |   |   |   | 3. | The Detention of B.N.S. ................................................19 |
|   |   |   | b. | Probable Cause for the Arrest of B.N.S......................................25 |
|   |   |   | c. | The Absence of Excessive Force ................................................27 |
|   |   |   | d. | The Existence of Qualified Immunity ........................................29 |
|   |   | 2. | The Absence of False Arrest...................................................................30 |
| V. | Conclusion ........................................................................................................................31 |