IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| B.N.S., A MINOR CHILD BY HER PARENTS AND NEXT FRIENDS CHRISTINE AND BRIAN STEWART, | * |
| PLAINTIFF, | * |
| v. | Case No. 17-cv-2670 |
| VICTOR BRITO, CHIEF OF POLICE, HAGERSTOWN POLICE DEPARTMENT, ET AL., | * |
| DEFENDANTS. | * |

## APPENDIX OF EXHIBITS TO
## DEFENDANTS' MOTION TO DISMISS
## OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT

EXHIBIT 1: Affidavit of Police Officer Andrew Eichelberger – Dated December 20, 2017 – with Hagerstown Police Department – Supplement Report – Prepared by Police Officer Andrew Eichelberger – Dated 9/21/16 attached

EXHIBIT 2: Affidavit of Police Officer Zachary Rowe – Dated December 20, 2017 – with Hagerstown Police Department – Offense/Incident Report – Prepared by Police Officer Zachary Rowe – Dated 9/18/16; Hagerstown Police Department – Supplement Report – Prepared by Police Officer Zachary Rowe – Dated 9/21/16; and Hagerstown Police Department – Supplement Report – Prepared by Police Officer Zachary Rowe – Dated 9/21/16 attached

EXHIBIT 3: Video from P.O. Andrew Eichelberger's Body Camera Taken on September 18, 2016

EXHIBIT 4: Affidavit of Sergeant Casey Constable – Dated December 20, 2017 – with Hagerstown Police Department – Supplement Report – Prepared by Sergeant Casey Constable – Dated 10/25/16 attached

EXHIBIT 5: Video from P.O. Vogel's Body Camera Taken on September 18, 2016

EXHIBIT 6: Video from Stationary Camera Outside of the East Door of the Hagerstown Police Department Taken on September 18, 2016

EXHIBIT 7: Video from Stationary Camera Outside of the South Cell of the Hagerstown Police Department Taken on September 18, 2016

EXHIBIT 8: Video from Stationary Cameras in the Processing Area of the Hagerstown Police Department Taken on September 18, 2016

EXHIBIT 9: Video from Stationary Cameras at the Main Entrance / Lobby Area of the Hagerstown Police Department Taken on September 18, 2016

EXHIBIT 10: Hagerstown Police Department Arrest/Transport Report – Dated September 18, 2016

EXHIBIT 11: Affidavit of Lieutenant William Wright – Dated December 21, 2017