IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____  *

**Plaintiff,**

v.  *  **Case No.** _____

_____  *

**Defendant.**  *

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☐ Exhibit _____ which is an attachment to _____

_____

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐ _____

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by_____.

_____        _____
Date                                                    Signature

                                                          _____
                                                          Printed Name and Bar Number

                                                          _____
                                                          Address

                                                          _____
                                                          Email Address

                                                          _____
                                                          Telephone Number

                                                          _____
                                                          Fax Number