# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| B.N.S., a Minor Child by her Parents and | * | |
| **Plaintiff,** | * | |
| **v.** | * | Case No. 17-cv-2670-ELH |
| Victor Brito, Chief of Police, Hagerstown P.D. | * | |
| **Defendant.** | * | |

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

[X]   Exhibit __1__ which is an attachment to __Defendants' Motion to Dismiss Amended Complaint or, alternatively, for Summary Judgment__

will be electronically filed under seal within 24 hours of the filing of this Notice.

[ ]   _____
(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by First Class U.S. Mail, postage prepaid, to all counsel of record.

March 27, 2018
Date

_(signature)_
Signature

Matthew D. Peter - 26351
Printed Name and Bar Number

7225 Parkway Drive, Hanover, Maryland 21076
Address

mpeter@lgit.org
Email Address

443-561-1700
Telephone Number

443-561-1701
Fax Number